IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 12-5051 |
| JOHN E. HEYSER, as Executor of the Estate of William E. Keen, THOMAS JULIANO, and JOSEPH FREDERICK ALT, | : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *18th* day of *September*, 2013, upon consideration of **(1)** John E. Heyser's Motion in Limine (Docket No. 30) and the Response of Thomas Juliano and Joseph Frederick Alt (Docket No. 32) and **(2)** Juliano and Alt's Motion for Summary Judgment (Docket No. 36), Heyser's Response (Docket No. 40), and Juliano and Alt's Reply Brief (Docket No. 41), it is hereby **ORDERED** as follows:

1. Heyser's Motion in Limine (Docket No. 30) is **GRANTED**.

2. Juliano and Alt's Motion for Summary Judgment (Docket No. 36) is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Juliano and Alt and against Heyser.

4. This case is marked **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.